UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | No. 1:21-cv-00596-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 5) |

Plaintiff Prince Paul Raymond Williams, proceeding *pro se*, initiated this civil action on April 9, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2021, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief. (Doc. No. 4.) Plaintiff was granted leave to file a first amended complaint attempting to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order. (*Id*. at 17.) Plaintiff was warned that his failure to file a first amended complaint in compliance with the screening order would result in a recommendation that this action be dismissed for failure to obey a court order and failure to state a claim. (*Id*. at 16–17.) To date,

plaintiff has not filed an amended complaint or a notice of voluntary dismissal, and the time in which to do so has passed.

Accordingly, on July 19, 2021, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order, failure to prosecute this action, and failure to state a claim upon which relief may be granted. (Doc. No. 5.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (*Id.* at 18.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 19, 2021 (Doc. No. 5) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to a obey court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 11, 2021**                         /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE